CHARLES D. INNIS, APPELLANT, v. SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 7271

April 12, 1973                                        508 P.2d 1017

*Thomas F. Kummer,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City, *Roy A. Woofter,* District Attorney, and *Donald K. Wadsworth,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The identical issues raised in this appeal were considered and rejected in Cairns v. Sheriff, 89 Nev. 113, 508 P.2d 1015 (1973), decided March 29, 1973.

Affirmed.